LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
21550 Oxnard St., Ste 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRIEL WILLIAMS** and **LALONIE WILLIAMS,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff(s)<br><br>  vs.<br><br>**PEPSICO INC. d/b/a SPITZ INTERNATIONAL**, et al.<br><br>Defendant. | Case No. 2:16-cv-07569-SVW-JC<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 30th day of November, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1 | Filed electronically on this 30th day of November, 2016, with:

2

3 | United States District Court CM/ECF system

4 | Notification sent electronically via the Court's ECF system to:

5

6 | Honorable Stephen V. Wilson
United States District Court

7 | Central District of California

8 | And sent via mail to:

9

10 | Charles S. Biener
PepsiCo, Inc.

11 | 700 Anderson Hill Road
Purchase, New York 10577

12

13 | This 30th day of November, 2016.

14

15 | s/Todd M. Friedman
Todd M. Friedman